# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT GRAHAM (#99451)** | **CIVIL ACTION** |
| **VERSUS** | |
| **MARCUS CALLAHAN** | **NO.: 13-00767-BAJ-RLB** |

## RULING AND ORDER

On June 30, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Robert Graham's Motion for Summary Judgment (Doc. 6) be denied, without prejudice to re-filing at a later time, and that this matter be referred back to the Magistrate Judge for further proceedings. (Doc. 14.) Plaintiff asserts that the Defendant violated his constitutional rights by subjecting him to excessive force. Specifically, Plaintiff asserts that the Defendant applied a chemical irritant spray to Plaintiff's person without justification.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 14, at 1.) A review of the record indicates that Plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation by the applicable filing deadline.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Robert Graham's **Motion for Summary Judgment (Doc. 6)** is **DENIED**, without prejudice to re-filing at a later time, and that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 11th day of August, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**