UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT GRAHAM                                            CIVIL ACTION

VERSUS

MARCUS CALLAHAN                              NO.:13-00767-BAJ-RLB

## SUPPLEMENTAL RULING AND ORDER OF DISMISSAL

On February 12, 2015, this Court entered a Ruling and Order (Doc. 39) Adopting the United States Magistrate Judge's Report and Recommendation (Doc. 34), which granted Defendant Marcus Callahan's ("Defendant") Motion for Partial Summary Judgment (Doc. 17), and dismissed Plaintiff Robert Graham's ("Plaintiff") claims with prejudice. The Ruling addressed Plaintiff's Written Objections (Doc. 36) to the Report and Recommendation. (Doc. 39 at p. 2). On the same date that Plaintiff filed his objections, he also submitted his own Motion for Summary Judgment (Doc. 35). Defendants then filed a Memorandum in Opposition on February 5, 2015. (Doc. 37). Because this Court's Ruling and Order (Doc. 39) disposed of this matter, the Court did not previously address Plaintiff's Motion. However, to ensure a clear record in this matter, the Court will briefly address the motion.

Much like Plaintiff's objections to the Magistrate Judge's Report, Plaintiff's Motion for Summary Judgment simply asserts in a conclusory fashion that all of the requisite elements of an excessive force claim are met. (*See* Doc. 35 at p. 1).

1

However, Plaintiff again fails to put forth competent summary judgment evidence to substantiate his conclusory allegations.

In the instant motion, Plaintiff does not contest that he was causing a disturbance before any force was used. (*Id.* at p. 3; Doc. 34 at p. 6-7). Instead, he reiterates his contention that prison officials should have closed the door, rather than administer a chemical irritant under the circumstances. (*Id.*). He also reasserts that he was "sprayed without warning by defendant," (*id.*) yet he neither states nor provides any evidence that he ceased causing the disturbance prior to the brief application of force. Even if this Court were to find that closing the cell door was a more appropriate response, Plaintiff has failed to put forth any evidence to support a finding that Defendant's purpose in utilizing the chemical irritant was to cause Plaintiff harm or pain, as required for a finding of excessive force under the Eighth Amendment. (*See* Doc. 34 at p. 7).

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 35)** is **DENIED**, and that Plaintiff's claims be **DISMISSED** with prejudice, and that this action be **DISMISSED** in accordance with this Court's prior Ruling and Order date February 12, 2015 (Doc. 39).

Baton Rouge, Louisiana, this 17th day of March, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**